Maurice **FOLEY,** Petitioner–Appellant,

v.

Terry O'**BRIEN,** Warden, Respondent–Appellee.

**Maurice Foley, Petitioner–Appellant,**

v.

**Terry O'Brien, Warden, Respondent–Appellee.**

**Nos. 10–6096, 10–6245.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2010.

Decided: April 28, 2010.

Maurice Foley, Appellant Pro Se. Sara Bugbee Winn, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Foley, a federal prisoner, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2006) petition, and its subsequent order denying leave to proceed in forma pauperis on appeal. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we· affirm for the reasons stated by the district court. *Foley v. O'Brien,* No. 7:09–cv–00212–jct–mfu, 2009 WL 5178374 (W.D.Va. Dec. 29, 2009, Feb. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*